**Dwain FERRELL, Plaintiff–Appellant,**

v.

**NORTH CAROLINA DEPARTMENT OF CORRECTION; Correction Corporation of America; Mary A. Gosmire, c/o Ferrara Pan Candy Company; Keefe Supply Company, Defendants–Appellees.**

No. 02–6095.

United States Court of Appeals, Fourth Circuit.

Submitted April 18, 2002.

Decided April 26, 2002.

Dwain Ferrell, Appellant Pro Se.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Dwain Ferrell appeals the district court's order dismissing as frivolous his 42

U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Ferrell v. North Carolina Dep't of Corr.*, No. CA–01–771–H (E.D.N.C. Dec. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*